# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

YASIR MEHMOOD,

     Petitioner,

vs.

EDMUND F. BRENNAN, *et al.*,

     Respondents.

Case No. 2:15-cv-01594-GMN-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus.  The matter has not been properly commenced because petitioner submitted incomplete financial paperwork.  Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate.  Petitioner in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information.  Petitioner failed to submit a financial certificate signed by an authorized prison or jail officer.  Additionally, the petition was not submitted on the Court's approved form.  The Local Rules of Court require petitioners appearing in *pro se* to file their petitions on the Court's approved form.  Local Rules of Special Proceedings 3-1 ("a petition for a writ of *habeas corpus*, filed by a person who is not represented by an attorney, shall be on the form provided by this court.").  The Court will provide petitioner with the approved form for filing a *pro se* petition for a writ of habeas corpus.

Due to the defects presented, the pauper application will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments.  It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely.  In this regard, petitioner at all times remains responsible for calculating the running of the federal limitation period as applied to his case, properly commencing a timely-filed federal habeas action, and properly exhausting his claims in the state courts.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF

No. 1) is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action with a properly completed pauper application with all new and complete financial attachments.

      **IT IS FURTHER ORDERED** that all pending motions are **DENIED** without prejudice.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

      **IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis* application in a new action, but he may not file further documents in this action.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**  Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

      **DATED** this 21st day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court